**Petition for Writ of Mandamus Dismissed and Memorandum Opinion filed February 23, 2012.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-12-00036-CV
_____

### IN RE ZAHIR QUERISHI, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**315th District Court**
**Harris County, Texas**
**Trial Court No. 86707**

---

## M E M O R A N D U M   O P I N I O N

Relator, Zahir Querishi, an inmate incarcerated in the Institutional Division of the Texas Department of Criminal Justice, filed an application for writ of habeas corpus seeking to challenge his adjudication of delinquency under the Juvenile Justice Code.[1]   On November 17, 2011, the trial court denied relief, and on December 6, 2011, relator filed a notice of appeal.   On January 18, 2012, relator filed a petition for writ of mandamus in this

---

[1]    The Juvenile Justice Code covers the proceedings in all cases involving a child's delinquent conduct.   *See* Tex. Fam. Code § 51.04(a); *In re Hall,* 286 S.W.3d 925, 927 (Tex. 2009).   The appeal procedures in the Juvenile Justice Code do not limit a child's right to obtain a writ of habeas corpus.   *See* Tex. Fam. Code § 56.01(o).

court.  *See* Tex. Gov't Code §22.221; *see also* Tex. R. App. P. 52.1.  In his petition, realtor asks that we direct the Harris County District Clerk to forward his notice of appeal to this court.

This court's mandamus jurisdiction is governed by section 22.221 of the Texas Government Code.  Section 22.221 expressly limits the mandamus jurisdiction of the courts of appeals to:   (1) writs against a district court judge or county court judge in the court of appeals' district, and (2) all writs necessary to enforce the court of appeals' jurisdiction.   Tex. Gov't Code § 22.221.

This court has mandamus jurisdiction over a district clerk when it is necessary to enforce our jurisdiction.  *See In re Washington*, 7 S.W.3d 181, 182 (Tex. App.—Houston [1st Dist.] 1999, orig. proceeding) (mem. op.).   However, after relator filed his petition for writ of mandamus, relator's notice of appeal was assigned to this court, and relator's appeal has been docketed under our appeal number 14-12-00129-CV, styled *In the Matter of Z.Q.*  Therefore, the issue raised in relator's petition has been rendered moot.

Accordingly, the petition for writ of mandamus is ordered dismissed.

PER CURIAM

Panel consists of Chief Justice Hedges and Justices Jamison and McCally.